# EXHIBIT 2
# TELEPHONE COMPANY RECORDS



**Invoice #:** 202203172140
**Date:** 03-17-2022

**Bill to:**

Andrew Perrong
1657 The Fairway #131
Jenkintown, PA, 19046
Phone: 215338

| Date | UniqueID | Description | Amount |
|---|---|---|---|
| 2021-11-19 to 2021-11-19 | n/a | Inbound Call Recordings | $-0.003 |
| 2021-11-19 to 2021-11-19 | n/a | Outbound Call Recordings | $0 |
| 2021-11-19 to 2021-11-19 | n/a | Inbound Communication Charges | $-0.0126 |
| 2021-11-19 to 2021-11-19 | n/a | Outbound Communication Charges | $-0 |
| 2021-11-19 to 2021-11-19 | n/a | CNAM Queries | $-0.0400 |
| 2021-11-19 to 2021-11-19 | n/a | MMS Charges | $-0.020000 |

|  |  |
|---:|---:|
| **Transactions:** | **$-0.08 USD** |
| **Deposits:** | **$0.00 USD** |
| **Ending Balance::** | **$-0.08 USD** |

EX 2-1

# SMS/MMS History

Go to SMS/MMS Message Center

**Search Range**

From 2021-11-19   To 2021-11-19   ☑ Show Details   [Search]

**Search Filter**

| DID | Type | Time Zone | Contact |
|---|---|---|---|
| All | Both | GMT - 5 Hours | [Search] |

Show [10] entries     Search: [      ]

| SMS/MMS | Date | DID | Contact/Message | Type | Total |
|---|---|---|---|---|---|
| MMS | 2021-11-19 16:59:06 | 215338▮▮▮ | 3475568193<br><br>你好。<br><br>大西洋城百利賭場將於 11 月 24 日星期三晚上 1 點舉辦 Mimi Choo 演唱會。請聯繫Bally 亞洲部門工作人員或回覆這短信預訂演出門票。此外，我們在 11/26 星期五和 11/27 星期六從 下午五點到 晚上10 點舉行30 萬美元的 1 周年抽獎活動！獲勝者將每 30 分鐘抽取一次，就有機會贏得免費老虎機賭碼。<br><br>謝謝！ 📎 | Received | $0.020000 |

Total SMS: 0 | Total MMS: 1 | Deleted: 0 | Total Charged: $0.02

Showing 1 to 1 of 1 entries                    Previous  [1]  Next

Ex 2-2

# DID Billing



W Wiki Article

**DID Numbers**

Show [10 ▼] entries

Search:

| Rate Center | Number | Incoming Billing Type | Monthly Fee | Rate | Next Billing | Purchase Date | Edit Plan | Delete |
|---|---|---|---|---|---|---|---|---|
| PHLDLPHZN4, PA | 215338█ | Per Minute / No restrictions | $0.85 | $0.0090 | 2022-03-20 | 2017-11-21 | | |

Showing 1 to 1 of 1 entries

Previous  [1]  Next

**FAX Numbers**

Show [10 ▼] entries

Search:

| Rate Center | Number | Incoming Billing Type | Monthly Fee | Rate | Next Billing | Purchase Date | Edit Plan | Delete |
|---|---|---|---|---|---|---|---|---|
| You don't have any FAX Numbers assigned to your account ||||||||||

Showing 1 to 1 of 1 entries

Previous  [1]  Next

Ex 2-3